Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  18−19887−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy L Hassett
   821 Thoreau Lane
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−6043

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                7/25/18
Time:                10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 30, 2018
JAN: bed

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                    Case No. 18-19887-ABA
Tracy L Hassett                                           Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1        User: admin              Page 1 of 2          Date Rcvd: May 30, 2018
                            Form ID: 132             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db             +Tracy L Hassett,    821 Thoreau Lane,    Williamstown, NJ 08094-3203
cr             +Blue Bell Farms Homeowner Association,     c/o Pinnacle Realty Services,
                 151 Fries Mill Road, Unit 502,    Turnersville, NJ 08012-2016
517532040      +Anthony J. Vezza Jr.,    235 Harrison Ave,    Williamstown, NJ 08094-5454
517532042      +Barclay Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
517532043       Blue Bell Farms,    Longfellow Dr,    Williamstown, NJ 08094
517532044       Blue Bell Farms,    Longfellow Dr,    Williamstown, NJ 8094
517532045     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One - Bankruptcy Department,     PO Box 5155,
                 Norcross, GA 30091)
517532046       Comenity - game stop,    P.O. Box 183003,    Columbus, OH 43218-3003
517532048       Ditech Mortgage,    PO Box 9001719,    Louisville, KY 40290-1719
517532049       GM Financial,    PO Box 183123,    Arlington, TX 76096-3123
517532054       Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
517532056      +Monroe Township Tax Assessor,    125 Virginia Avenue,    Williamstown, NJ 08094-1777
517532057      +Nationwide MHC, LLC,    Colonial Estates MHC,    1941 North Black Horse Pike,
                 Williamstown, NJ 08094-9166
517532058       Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market St, P.O. Box 112,
                 Trenton, NJ 08625-0112
517532059      +Pluese Becker & Saltzman,    20000 Horizon Way 900,    Mt. Laurel, NJ 08054-4318
517532062     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State Of New Jersey,    Division Of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695)
517532060      +Shivers, Gosnay, & Greatrex Llc,    1415 Rt 70,    Cherry Hill, NJ 08034-2210
517532061      +South Jersey Gas,    Customer Care Center,    P.O. Box 577,    Hammonton, NJ 08037-0577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 31 2018 00:15:22     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2018 00:15:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517532038      +E-mail/Text: mary.stewart@abcofcu.org May 31 2018 00:15:59     ABCO Federal Credit Union,
                 PO Box 247,   Rancocas, NJ 08073-0247
517532039      +E-mail/PDF: gecsedi@recoverycorp.com May 31 2018 00:20:35     Aeo/Gemb,    PO Box 530942,
                 ATLANTA, GA 30353-0942
517532041       E-mail/Text: bankruptcy@pepcoholdings.com May 31 2018 00:14:50
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517532045       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2018 00:20:11
                 Capital One - Bankruptcy Department,    PO Box 5155,    Norcross, GA 30091
517535446      +E-mail/Text: bankruptcy@cavps.com May 31 2018 00:15:36     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517532046       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2018 00:14:59     Comenity - game stop,
                 P.O. Box 183003,    Columbus, OH 43218-3003
517532047      +E-mail/PDF: creditonebknotifications@resurgent.com May 31 2018 00:20:16     Credit One Bank,
                 PO BOX 98873,   Las Vegas, NV 89193-8873
517532050      +E-mail/Text: cio.bncmail@irs.gov May 31 2018 00:14:41     Internal Revenue Service,
                 1601 Market Street,    Philadelphia, PA 19103-2301
517532055      +E-mail/Text: bonnie@ljross.com May 31 2018 00:14:55     L.J Ross,    Po Box 6099,
                 Jackson, MI 49204-6099
517544991       E-mail/Text: bnc-quantum@quantum3group.com May 31 2018 00:15:10
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517533079      +E-mail/PDF: gecsedi@recoverycorp.com May 31 2018 00:21:01     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517532053*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Po Box 724,    Springfield, NJ 07081)
517532052*      Internal Revenue Service,    Special Procedure Branch,    PO Box 744,
                 Springfield, NJ 07081-0744
517532051*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                            TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: May 30, 2018
                              Form ID: 132             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
```
              George C. Greatrex, Jr.    on behalf of Creditor    Blue Bell Farms Homeowner Association
               ggreatrex@sgglawfirm.com, kmuchler@verizon.net
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Seymour   Wasserstrum   on behalf of Debtor Tracy L Hassett mylawyer7@aol.com, ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```