Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–19887–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tracy L Hassett
  821 Thoreau Lane
  Williamstown, NJ 08094

Social Security No.:
  xxx–xx–6043

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      4/25/19
Time:       02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

  The following applications for compensation have been filed:

---

APPLICANT(S)
Seymour Wasserstrum, Attorney for Debtor

COMMISSION OR FEES
fee: $1100.00

EXPENSES
expenses: $0.00

---

Creditors may be heard before the applications are determined.

  An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: March 15, 2019
JAN: bed

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 18-19887-ABA
Tracy L Hassett                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Mar 15, 2019
                             Form ID: 137          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
```
db            +Tracy L Hassett,   821 Thoreau Lane,   Williamstown, NJ 08094-3203
cr            +Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
               Arlington, TX 76014-4101
cr            +Blue Bell Farms Homeowner Association,   c/o Pinnacle Realty Services,
               151 Fries Mill Road, Unit 502,   Turnersville, NJ 08012-2016
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,   Phelan Hallinan & Schmieg, PC,
               1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
517576403     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,   Dba GM Financial,
               P.O Box 183853,   Arlington, TX 76096)
517532040     +Anthony J. Vezza Jr.,   235 Harrison Ave,   Williamstown, NJ 08094-5454
517532042     +Barclay Bank Delaware,   PO Box 8803,   Wilmington, DE 19899-8803
517532043      Blue Bell Farms,   Longfellow Dr,   Williamstown, NJ 08094
517532044      Blue Bell Farms,   Longfellow Dr,   Williamstown, NJ 8094
517559043     +Blue Bell Farms Homeowners Association,   c/o George C. Greatrex, Jr., Esquire,
               Shivers, Gosnay & Greatrex, LLC,   1415 Route 70 East, Suite 309,   Cherry Hill, NJ 08034-2210
517532048      Ditech Mortgage,   PO Box 9001719,   Louisville, KY 40290-1719
517532049      GM Financial,   PO Box 183123,   Arlington, TX 76096-3123
517532054      Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
517532056     +Monroe Township Tax Assessor,   125 Virginia Avenue,   Williamstown, NJ 08094-1777
517532057     +Nationwide MHC, LLC,   Colonial Estates MHC,   1941 North Black Horse Pike,
               Williamstown, NJ 08094-9166
517532058      Office Of Attorney General,   Richard J Hughes Justice Complex,   25 Market St, P.O. Box 112,
               Trenton, NJ 08625-0112
517532059     +Pluese Becker & Saltzman,   20000 Horizon Way 900,   Mt. Laurel, NJ 08054-4318
517532062     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,   Division Of Taxation,   P.O. Box 245,
               Trenton, NJ 08695)
517532060     +Shivers, Gosnay, & Greatrex Llc,   1415 Rt 70,   Cherry Hill, NJ 08034-2210
517532061     +South Jersey Gas,   Customer Care Center,   P.O. Box 577,   Hammonton, NJ 08037-0577
517805268     +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,   13801 Wireless Way,
               Oklahoma City, OK 73134-2500
517805269     +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,   13801 Wireless Way,
               Oklahoma City, OK  73134,   U.S. Bank Trust, N.A., as Trustee for LS,   13801 Wireless Way,
               Oklahoma City, OK 73134-2500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2019 01:16:37     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2019 01:16:33     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517532038     +E-mail/Text: mary.stewart@abcofcu.org Mar 16 2019 01:17:38     ABCO Federal Credit Union,
               PO Box 247,   Rancocas, NJ 08073-0247
517532039     +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2019 01:09:34     Aeo/Gemb,   PO Box 530942,
               ATLANTA, GA 30353-0942
517532041      E-mail/Text: bankruptcy@pepcoholdings.com Mar 16 2019 01:16:02
               Atlantic City Electric Company,   Pepco Holdings, Inc.,
               Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
               Carneys Point, NJ 08069-3600
517532045      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 16 2019 01:10:55
               Capital One - Bankruptcy Department,   PO Box 5155,   Norcross, GA 30091
517535446     +E-mail/Text: bankruptcy@cavps.com Mar 16 2019 01:17:06     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517635326     +E-mail/Text: bncmail@w-legal.com Mar 16 2019 01:16:50     Cerastes, LLC,
               C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517532046      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 16 2019 01:16:18     Comenity - game stop,
               P.O. Box 183003,   Columbus, OH 43218-3003
517532047     +E-mail/PDF: creditonebknotifications@resurgent.com Mar 16 2019 01:09:43     Credit One Bank,
               PO BOX 98873,   Las Vegas, NV 89193-8873
517661075      E-mail/Text: bankruptcy.bnc@ditech.com Mar 16 2019 01:16:02     Ditech Financial LLC,
               PO Box 6154,   Rapid City, SD 57709-6154
517532050     +E-mail/Text: cio.bncmail@irs.gov Mar 16 2019 01:15:54     Internal Revenue Service,
               1601 Market Street,   Philadelphia, PA 19103-2301
517532055     +E-mail/Text: support@ljross.com Mar 16 2019 01:16:06     L J Ross,   Po Box 6099,
               Jackson, MI 49204-6099
517651198      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2019 01:11:01
               LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
               FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
```

```
District/off: 0312-1        User: admin          Page 2 of 2         Date Rcvd: Mar 15, 2019
                           Form ID: 137          Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517659126        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2019 01:10:54
                 Portfolio Recovery Associates, LLC,  c/o American Eagle Outfitters, Inc.,  POB 41067,
                 Norfolk VA 23541
517544991        E-mail/Text: bnc-quantum@quantum3group.com Mar 16 2019 01:16:24
                 Quantum3 Group LLC as agent for,  MOMA Funding LLC,  PO Box 788,  Kirkland, WA  98083-0788
517533079       +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2019 01:09:34    Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,  PO Box 41021,  Norfolk, VA 23541-1021
                                                                                         TOTAL: 17
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              DITECH FINANCIAL LLC,  PO Box 6154,  Rapid City, SD  57709-6154
517617973*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,  PO BOX 183853,  ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services, Inc.,  Dba GM Financial,
                 P.O Box 183853,  Arlington, TX 76096)
517532053*      ++INTERNAL REVENUE SERVICE,  CENTRALIZED INSOLVENCY OPERATIONS,  PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,  Po Box 724,  Springfield, NJ 07081)
517532052*       Internal Revenue Service,  Special Procedure Branch,  PO Box 744,
                 Springfield, NJ 07081-0744
517532051*      +Internal Revenue Service,  PO Box 7346,  Philadelphia, PA 19101-7346
                                                                         TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
```
           Andrew L. Spivack   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
           Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           George C. Greatrex, Jr.   on behalf of Creditor   Blue Bell Farms Homeowner Association
           ggreatrex@sgglawfirm.com, kmuchler@verizon.net
           Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
           John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
           Nicholas V. Rogers   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
           Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
           Robert P. Saltzman   on behalf of Creditor   DITECH FINANCIAL LLC dnj@pbslaw.org
           Seymour Wasserstrum   on behalf of Debtor Tracy L Hassett mylawyer7@aol.com,  ecf@seymourlaw.net
           Sindi Mncina   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
           PARTICIPATION TRUST smncina@rascrane.com
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 11
```