*Office of the Chapter 13 Standing Trustee*
*Isabel C. Balboa, Chapter 13 Standing Trustee†*

*Jane L. McDonald, Counsel*
*Raymond H. Shockley, Jr. Staff Attorney*
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**
*Jennie P. Archer\**
*Lu'Shell K. Alexander\**
*\*Certified Bankruptcy Assistant*
*†Fellow, American College of Bankruptcy*

April 23, 2019

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:     Chapter 13 Bankruptcy
        Debtor(s) Name:           Tracy L. Hassett
        Case No:                  18-19887   ABA
        Hearing Date:             April 25, 2019 at 2:00 PM

Dear Judge Altenburg:

        Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on March 14, 2019 for the above-captioned matter.

        The proposed form of order filed with the Motion/Application, fails to indicate a correct monthly Trustee payment going forward, and fails to indicate the correct amount of months remaining in the plan. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $174.00 per month for fifty (50) months.

        **Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

        As always, the Court is welcome to contact the Trustee with any concerns.

                        Respectfully submitted,

                        *OFFICE OF THE CHAPTER 13*
                        *STANDING TRUSTEE*

                        */s/ Isabel C. Balboa*

                        **ISABEL C. BALBOA**
                        Chapter 13 Standing Trustee

ICB:lka

c:     Seymour Wasserstrum, Esquire   (Debtor(s) Attorney)    (via Electronic Case Filing / ECF)
       Tracy L. Hassett   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978