UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

    Tracy L. Hassett

**Order Filed on April 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:   18-19887

Chapter:   13

Hearing Date:   4/11/2019 at 2:00pm

Judge:   ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 26, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Tracy L. Hassett

Case No.: 18-19887/ABA

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $1100.00 for services rendered and expenses in the amount of $0.00 for a total of $1100.00. The allowance shall be payable:**

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

**The debtors' monthly plan payments increase $170.00 for the remaining 60 months commencing on 4/1/2019.**