Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18−19887−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy L Hassett
   821 Thoreau Lane
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−6043

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                November 12, 2019
Time:               10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*64* – Certification in Opposition to (related document:63 Creditor's Certification of Default (related document:57 Order on Motion For Relief From Stay) filed by Nicholas V. Rogers on behalf of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST. Objection deadline is 10/15/2019. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) filed by Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST) filed by Seymour Wasserstrum on behalf of Tracy L Hassett. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: October 16, 2019
JAN: bed

                                                                                                Jeanne Naughton
                                                                                                Clerk