Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–19887–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tracy L Hassett
  821 Thoreau Lane
  Williamstown, NJ 08094

Social Security No.:
  xxx–xx–6043

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/15/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 15, 2019
JAN: bc

                                        Jeanne Naughton
                                        Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                       Case No. 18-19887-ABA
Tracy L Hassett                                              Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2         Date Rcvd: Nov 15, 2019
                             Form ID: 148             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db             +Tracy L Hassett,    821 Thoreau Lane,    Williamstown, NJ 08094-3203
cr             +Blue Bell Farms Homeowner Association,    c/o Pinnacle Realty Services,
                 151 Fries Mill Road, Unit 502,    Turnersville, NJ 08012-2016
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517532040      +Anthony J. Vezza Jr.,    235 Harrison Ave,    Williamstown, NJ 08094-5454
517532043       Blue Bell Farms,    Longfellow Dr,    Williamstown, NJ 08094
517532044       Blue Bell Farms,    Longfellow Dr,    Williamstown, NJ 8094
517559043      +Blue Bell Farms Homeowners Association,    c/o George C. Greatrex, Jr., Esquire,
                 Shivers, Gosnay & Greatrex, LLC,    1415 Route 70 East, Suite 309,    Cherry Hill, NJ 08034-2210
517532048       Ditech Mortgage,    PO Box 9001719,    Louisville, KY 40290-1719
517532054       Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
517532056      +Monroe Township Tax Assessor,    125 Virginia Avenue,    Williamstown, NJ 08094-1777
517532057      +Nationwide MHC, LLC,    Colonial Estates MHC,    1941 North Black Horse Pike,
                 Williamstown, NJ 08094-9166
517532058       Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market St, P.O. Box 112,
                 Trenton, NJ 08625-0112
517532059      +Pluese Becker & Saltzman,    20000 Horizon Way 900,    Mt. Laurel, NJ 08054-4318
517532062     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    Division Of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695)
517532060      +Shivers, Gosnay, & Greatrex Llc,    1415 Rt 70,    Cherry Hill, NJ 08034-2210
517532061      +South Jersey Gas,    Customer Care Center,    P.O. Box 577,    Hammonton, NJ 08037-0577
517805268      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517805269      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK 73134,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 01:25:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 01:25:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: PHINAMERI.COM Nov 16 2019 05:53:00      Americredit Financial Services, Inc., d/b/a GM Fin,
                 4000 Embarcadero Way,    Arlington, TX 76014-4101
517532038      +E-mail/Text: mary.stewart@abcofcu.org Nov 16 2019 01:27:16      ABCO Federal Credit Union,
                 PO Box 247,    Rancocas, NJ 08073-0247
517576403       EDI: PHINAMERI.COM Nov 16 2019 05:53:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
517532039      +EDI: RMSC.COM Nov 16 2019 05:53:00      Aeo/Gemb,    PO Box 530942,    ATLANTA, GA 30353-0942
517532041       E-mail/Text: bankruptcy@pepcoholdings.com Nov 16 2019 01:25:32
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517532042      +EDI: TSYS2.COM Nov 16 2019 05:53:00      Barclay Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
517532045       EDI: CAPITALONE.COM Nov 16 2019 05:53:00      Capital One - Bankruptcy Department,    PO Box 5155,
                 Norcross, GA 30091
517535446      +E-mail/Text: bankruptcy@cavps.com Nov 16 2019 01:26:52      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517635326      +E-mail/Text: bncmail@w-legal.com Nov 16 2019 01:26:07      Cerastes, LLC,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517532046       EDI: WFNNB.COM Nov 16 2019 05:53:00      Comenity - game stop,    P.O. Box 183003,
                 Columbus, OH 43218-3003
517532047      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2019 01:33:36      Credit One Bank,
                 PO BOX 98873,    Las Vegas, NV 89193-8873
517661075       E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2019 01:25:35      Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
517532049       EDI: PHINAMERI.COM Nov 16 2019 05:53:00      GM Financial,    PO Box 183123,
                 Arlington, TX 76096-3123
517532050      +EDI: IRS.COM Nov 16 2019 05:53:00      Internal Revenue Service,    1601 Market Street,
                 Philadelphia, PA 19103-2301
517532055      +E-mail/Text: support@ljross.com Nov 16 2019 01:25:38      L.J Ross,    Po Box 6099,
                 Jackson, MI 49204-6099
517651198       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 01:34:59
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517659126       EDI: PRA.COM Nov 16 2019 05:53:00      Portfolio Recovery Associates, LLC,
                 c/o American Eagle Outfitters, Inc.,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Nov 15, 2019
                              Form ID: 148             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517544991      EDI: Q3G.COM Nov 16 2019 05:53:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
517533079     +EDI: RMSC.COM Nov 16 2019 05:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA  23541-1021
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            DITECH FINANCIAL LLC,    PO Box 6154,    Rapid City, SD  57709-6154
cr*           +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,     Phelan Hallinan & Schmieg, PC,
               1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA  19103-1814
517617973*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX  76096-3853
              (address filed with court:  Americredit Financial Services, Inc.,     Dba GM Financial,
               P.O Box 183853,    Arlington, TX  76096)
517532053*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
               PHILADELPHIA PA  19101-7346
              (address filed with court:  Internal Revenue Service,     Po Box 724,    Springfield, NJ  07081)
517532052*     Internal Revenue Service,    Special Procedure Branch,     PO Box 744,
               Springfield, NJ  07081-0744
517532051*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
                                                                                     TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George C. Greatrex, Jr.    on behalf of Creditor    Blue Bell Farms Homeowner Association
               ggreatrex@sgglawfirm.com,    Jwebb@hillwallack.com;Ahenderson@hillwallack.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST BY CALIBER HOME LOANS, INC. AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor    DITECH FINANCIAL LLC dnj@pbslaw.org
              Seymour  Wasserstrum    on behalf of Debtor Tracy L Hassett mylawyer7@aol.com,    ecf@seymourlaw.net
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10
               MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 15
```